

ORIGINAL

FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0702

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0702

IN RE THE MARRIAGE OF:

STEVAN STREIT WILLIAMS,

Petitioner and Appellee,

v.

LINDSAY MARIE WILLIAMS,

Respondent and Appellant.



FILED

MAR 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rule 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on March 4, 2020, this Court has determined that the brief does not comply with the Rule and must be resubmitted.

M. R. App. P. 12(1)(i) requires appellants to attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. In addition, the appendix must include its own table of contents.

Therefore,

IT IS ORDERED that the Appellant file nine copies of the brief with an appendix that includes the relevant documents from which her appeal is taken along with a table of contents for the appendix within ten (10) days of the date of this Order with the Clerk of this Court.

IT IS FURTHER ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rule;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised

1

brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant's counsel by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 4th day of March, 2020.

For the Court,

By _____
Justice

2